JUDGE KATHLEEN CARDONE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED 2007 JUN 19 PM 2:44

)  Brandon Callier, Pro se, Ana Callier, Pro se,
)  Craig Cunningham, Pro Se
)  Plaintiff
)
)                           COMPLAINT
)     v.                    CIVIL ACTION NO.
)
)  Billie Bauer aka Creditwrench,
)  Defendant

EP07CA0226

## Parties

1. The name of the plaintiff is Craig Cunningham, Brandon Callier, and Ana Callier (hereinafter "plaintiff Brandon, Plaintiff Ana, and Plaintiff Craig). The mailing address is PO Box 220158, El Paso, Tx 79913. The Plaintiff's are natural person's who resides here in the city of El Paso, County of El Paso, State of Texas.

2. Defendant Bill Bauer aka. Billie Bauer aka. Bill Beaver (Hereinafter "Defendant Creditwrench") is a natural person living in Oklahoma City, Oklahoma and is operating a business from addresses at 1604 S.W. 28th street, Oklahoma city, Ok, 73108 and 2409 S.W. 24th St Oklahoma City, Oklahoma 73108.

## Jurisdiction

3. Jurisdiction of this court arises under 28 U.S.C 1331 and pursuant to 28 U.S.C 1367 for pendent state law claims. Venue in this District is proper in that the Plaintiff's transact business here, and the acts and transactions occurred here.

## FACTUAL ALLEGATIONS

4. During the months of May and June 2007, Defendant Creditwrench made several false, misleading, defamatory, and libelous statements completely devoid of any truth with the intent of harming the business CCH Consulting, LLC. These statements are flat wrong, devoid of any truth, and violate several state and Federal laws. The statements are primarily in reference to one of the principals: Brandon Callier, and CCH Consulting,

1

LLC, but they also include several people unrelated to CCH Consulting that the Defendant is trying to associate with CCH Consulting.

5. On numerous occasions, Defendant Creditwrench wrote that Plaintiff Brandon posted under the name of "E. Normis Debtor". This statement is false, misleading, and is designed to harm the business of CCH Consulting.

6. On one post on June 1, 2007, Defendant Creditwrench wrote that Plaintiff Ana was associated with CCH consulting. This statement is false, misleading, and is designed to harm the business of CCH Consulting and Plaintiff's Brandon and Craig.

7. On one post on May 30th, 2007, Defendant Creditwrench wrote that CCH Consulting and E. Normis Debtor are one and the same, and again repeated that " CCH Consulting is nothing more or less than another scam by E. Normis Debtor", and finally wrote that "New evidence has arisen which almost conclusively proves that E. Normis Debtor is actually one Brandon L. Callier". These statements are false, misleading, defamatory, and are intentionally designed to harm the business of CCH Consulting and Plaintiff's Brandon and Craig.

8. On June 2nd, 2007, Defendant Creditwrench posted on his own forum several false, misleading, libelous, defamatory statements that were intended to harm the business of CCH Consulting, and Plaintiff's Brandon and Craig. Defendant Creditwrench again stated that Plaintiff Brandon was also known as "E. Normis Debtor, Uncle Normie, WesternCapital-thetruth, Creditwrench-thetruth, Concerned Citizen, The Duke of Prunes, Lawdog, and many more fake screen names". He also falsely stated "What he does is pay his pal Adam Wheeler of addatradeline.com $1025 to do it for him".

9. Defendant Creditwrench continues to say that "It is a scam and it can land you in jail for providing false and misleading information to a lender." Defendant Creditwrench again states that Brandon Callier is E. Normis Debtor and states that the blog for CCH Consulting is written by E. Normis Debtor or Brandon Callier, both of which are false

2

statements. The above statements are false, misleading, defamatory, libelous and are designed to injure the reputation of and cause financial harm to CCH Consulting and Plaintiff's Craig and Brandon.

10. Defendant Creditwrench continues on to again falsely say that by purchasing our products, you can be a "guest of the Federal government", which suggests that a consumer buying our products is committing a crime. He follows this outrageous statement by again making reference to "Brandon Callier, CCH Consulting aka E. Normis Debtor" and falsely states that Plaintiff Brandon is a regular poster on a debt collection message board to attack the credibility of a person who is in truth a consumer advocate. Finally, he alleges that Plaintiff Brandon is a con artist. These statements are libelous, false, defamatory, and calculated to inflict harm to the reputation and finances of CCH Consulting, Plaintiff's Craig and Brandon.

11. E. Normis Debtor is the screen name of a message board poster and Blogger that has posted negative but true information about Defendant Creditwrench.

12. Plaintiff Callier is not E. Normis Debtor, nor has he ever posted one post under the screen name of E. Normis Debtor, Uncle Normie, or any derivative or these names or any of the names listed above, one time in his life.

13. No person that works or is a member of CCH Consulting, LLC past or present has ever gone by the name of E. Normis Debtor or any derivative. E. Normis Debtor has never worked for, written for, blogged for, or had any business dealings with any of the Plaintiff's or CCH Consulting.

14. CCH Consulting has no current or prior had any business relationship with Adam Wheeler or Addatradeline.com

15. The products offered by CCH Consulting have not been deemed illegal by the FTC, and are specifically permitted by law. No CCH Consulting customer has ever been accused of a crime for purchasing a CCH Consulting product.

16. Ana Callier has no business relationship past or present with CCH Consulting, LLC.

19. The conduct of Defendant Creditwrench in this affair violated multiple provisions of the Texas Civil practices code chapter 73 and chapter 85, and Federal laws including but not limited to: 18 U.S.C 2261A.

## CAUSES OF ACTION

### COUNT I.

**Tortious interference with a business relationship**

20. Plaintiff's incorporate by reference all of the above paragraphs of this complaint as though fully stated herein.

21. The foregoing acts and omissions of Defendant Creditwrench constitute numerous and multiple violations Texas Civil Practices and Remedies Code chapter 73. The Defendant willfully, recklessly, and intentionally sought to stifle a competitor by posting blatant falsehoods to injure the reputation of CCH Consulting and deter current and future customers from doing business CCH Consulting.

22. As a result of the Defendant's violations of the Texas Civil Practices and Remedies code entitles the Plaintiff's to damages in the amount of $400,000.

23. As a result of the above willful violations of federal law, the Defendant is liable to the Plaintiff for injunctive relief, declaratory relief, actual damages, statutory damages, punitive damages and costs.

### COUNT II.

**Libel**

24. Plaintiff's incorporate by reference all of the above paragraphs of this complaint as though fully stated herein.

25. The foregoing acts and omissions of Defendant Creditwrench constitute numerous and multiple violations Texas Civil Practices and Remedies Code chapter 73. None of the above statements have any basis in truth. The Defendant intentionally made these writings to injure the reputation of and cause great financial harm to the Plaintiff's.

26. As a result of the Defendant's violations of the Texas Civil Practices and Remedies code entitles the Plaintiff's to damages in the amount of $400,000.

27. As a result of the above willful violations of state law, the Defendant is liable to the Plaintiff for injunctive relief, declaratory relief, actual damages, statutory damages, punitive damages and costs.

## COUNT III.

### Interstate stalking

28. Plaintiff's incorporate by reference all of the above paragraphs of this complaint as though fully stated herein.

29. The foregoing acts and omissions of Defendant Creditwrench constitute numerous and multiple violations Texas Civil Practices and Remedies Code chapter 85 and 18 USC 2261A. By posting the name and address of Plaintiff Ana who has no business dealings with CCH Consulting, the defendant is engaging in stalking which violates both Federal and state law.

30. As a result of the Defendant's violations of the Texas Civil Practices and Remedies code entitles the Plaintiff's to damages in the amount of $40,000.

31. As a result of the above willful violations of Federal and state law, the Defendant is liable to the Plaintiff for injunctive relief, declaratory relief, actual damages, statutory damages, punitive damages and costs.

## XVII. PRAYER FOR DAMAGES AND RELIEFS

32. WHEREFORE, Plaintif's Craig, Brandon, and Ana respectfully pray and requests that judgment be entered against Defendant Creditwrench, for the following:

A. Declaratory judgment that Defendant Bill Bauer's conduct violated the Texas Civil Practices and Remedies code chapter 73, 85, and 18 USC 2261A.

5

B. Injunctive relief prohibiting future libelous action and removal of all offending websites.

B. Actual damages in the amount of $840,000

C. Punitive damages against Defendant Creditwrench in the amount of $200,000 or further relieve that the court may deem just and proper.

D. Costs of bringing this action.

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Plaintiff, Pro Se

### REQUEST FOR JURY TRIAL

Please take notice that Plaintiff's Craig Cunningham, Ana Callier, and Brandon Callier, requests trial by jury in this action.

Plaintiff, Pro Se

I, Craig Cunningham, Brandon Callier, and Ana Callier, Affiant, hereby attest to and certify that the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.

Craig Cunningham,   Brandon Callier,   Ana Callier    Date: 6/19/07
PO BOX 220158
El Paso, Tx 79913

6